JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SIDERNAVI S.P.A.,                          :

             Plaintiff,                     :

     - against -                                      :

FAST SHIPPING & TRADING,                   :

             Defendant.                    :
----------------------------------------------------------X

07 CV _____
ECF CASE

07 CV 6773

JUL 27 2007
U.S.D.C. S.D.N.Y.
CASHIERS

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                          NONE.

Dated: July 26, 2007
       New York, NY

                          The Plaintiff,
                          SIDERNAVI S.P.A.,

                          By: _____
                          Claurisse Campanale-Orozco (CC 3581)
                          Thomas L. Tisdale (TT 5263)
                          TISDALE LAW OFFICES, LLC
                          11 West 42nd Street, Suite 900
                          New York, NY 10036
                          (212) 354-0025 – phone
                          (212) 869-0067 – fax
                          corozco@tisdale-law.com
                          ttisdale@tisdale-law.com