11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

# TISDALE
## LAW OFFICES, LLC

*New York, NY • Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07

**MEMO ENDORSED**



September 20, 2007

**By Hand**
Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

    Re:   **Sidernavi S.P.A. v. Fast Shipping & Trading**
             Docket number: 07 cv 6773 (PKC)
             Our file: 07-99-1721

Honorable Sir:

    We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On July 30, 2007 an ex parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. The Defendant has not appeared. Moreover, despite daily service of the Writ of Attachment on the garnishee banks, no assets have been restrained.

    As the Defendant has not appeared and no funds have been attached, we respectfully request a sixty (60) day adjournment of the pre-trial conference scheduled for September 28, 2007, during which time we will continue to serve the Writ of Attachment in order to secure Plaintiff's claim and obtain jurisdiction over the Defendant. Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for your indulgence in this request.

Respectfully submitted,

*Claurisse C. Orozco*
Claurisse Campanale Orozco

*Conference adjourned from September 28 to November 30, 2007 at 9:30 a.m.*
dk

SO ORDERED
*[signature]*, USDJ
9-21-07