11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

# TISDALE
LAW OFFICES, LLC

*New York, NY · Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07

# MEMO ENDORSED

November 26, 2007

*Via Facsimile  212 805 7949*
Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

On contemplation of
a Rule 41 dismissal,
the conference is
adjourned from
November 30 to
January 4, 2008 at
9:30 a.m.  SO ORDERED

[signature]
USDJ
11-26-07

Re:    Sidernavi S.P.A. v. Fast Shipping & Trading
       Docket number: 07 cv 6773 (PKC)
       Our file: 07-99-1721

Honorable Sir:

        We are attorneys for the Plaintiff in this admiralty action brought pursuant to
Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure.  On July 30,
2007 an ex parte Order authorizing process of maritime attachment was issued permitting
restraint of Defendant's property in the hands of garnishee banks located within the
Southern District of New York.  The Defendant has not appeared, nor have any assets of
the Defendant been restrained.

        We have suggested to our clients that they should consider dismissing the above
referenced action without prejudice and are awaiting their instructions.  Therefore, we
respectfully request that the pre-trial conference scheduled for this Friday, November 30,
be adjourned.  Should your Honor have any questions or comments we are available to
discuss the same at any convenient time to the Court.  We thank your Honor for your
indulgence in this request.

                                        Respectfully submitted,

                                        [signature]

                                        Claurisse Campanale-Orozco

dk